UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Ferreira</u>

      v.                                       Civil No. 15-cv-506-LM

<u>FCI Berlin, Warden</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 28, 2016.

    SO ORDERED.

                                                                _____
                                                                Landya B. McCafferty
                                                                United States District Judge

Date: April 14, 2016

cc:   John Ferreira, pro se
       Seth R. Aframe, Esq.